# United States Court of Appeals for the Fifth Circuit

No. 26-60005

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2026

Lyle W. Cayce
Clerk

Armando Rivera-Valero,

*Petitioner*,

*versus*

Todd Wallace Blanche, *U.S. Attorney General*,

*Respondent*.

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A220 464 786

UNPUBLISHED ORDER

Before Jones, Smith, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Respondent's opposed motion for summary affirmance is DENIED.[1]

IT IS FURTHER ORDERED that petition for review of the decision of the Board of Immigration Appeals is DENIED.

[1] Judge Jones would grant the motion for summary affirmance.

IT IS FURTHER ORDERED that Respondent's alternative motion to extend time to file brief to 30 days from the date of the denial of the motion is DENIED as MOOT.